ROBERT F. KANE, ESQ. (State Bar No. 7l407)
LAW OFFICES OF ROBERT F. KANE
rkane1089@aol.com
870 Market Street, Suite 1128
San Francisco, CA  94l02
Tel:  (4l5) 982-l5l0
Fax:  (415) 982-5821

Attorneys for Plaintiff
VICTOR WAYNE COOPER

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
State Bar No. 122626
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5717
Fax:  (415) 703-5843
E-mail:  Jay.Russell@doj.ca.gov

Attorneys for Defendants
California Department of Corrections and Rehabilitation and
Jeffrey A. Beard, Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER | CASE NO. 15-CV-00445 WHA |
| Plaintiffs, | |
| vs. | ~~(PROPOSED)~~ **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice pursuant to FRCP 41(a)(1)(A).

Dated:   September 17, 2015.

_____
William Alsup
United States District Court Judge